UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PORTER VAN ARSDALE
CONSTRUCTION, INC., LAWRENCE
G. PORTER and PETER VAN
ARSDALE,

       Plaintiffs,

v.                                                    Case No:   2:15-cv-309-FtM-29CM

VININGS INSURANCE
COMPANY,

       Defendant.

_____

## <u>ORDER</u>

Before the Court is Defendant's Motion for Extension of Deadline to Mediate (Doc. 22), filed on August 18, 2015.   Defendant requests that the Court extend the mediation deadline to September 30, 2015.   Doc. 22.   The Local Rule 3.01(g) certification states that Defendant's counsel contacted Plaintiff's counsel, but Plaintiff's counsel has not yet responded.

Local Rule 3.01(g) requires that each motion filed in a civil case, with certain enumerated exceptions not at issue here, contain a statement "stating whether counsel agree on the resolution of the motion," and further provides that a statement to the effect that counsel for the moving party attempted to confer with counsel for the opposing party but counsel was unavailable is "insufficient to satisfy the parties' obligation to confer."   M.D. Fla. R. 3.01(g).

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Motion for Extension of Deadline to Mediate (Doc. 22) is **DENIED without prejudice** to refiling the motion in compliance with the local rules of this Court.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of August, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record